1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIYA KARPENKO,                    Case No. 1:19-cv-01317-DAD-BAM

12              Plaintiff,               **ORDER GRANTING JOINT MOTION TO STAY**

13        v.                             (Doc. No. 31)

14   C R BARD INCORPORATED, et al.,

15              Defendants.

16

17         Pending before the court is the parties' joint motion to stay these proceedings while they

18   pursue settlement discussions.  (Doc. No. 31.)  In the joint motion, the parties explain that, prior

19   to being transferred to this Court, this case was part of a multidistrict litigation proceeding in the

20   United States District Court for the District of Arizona.  (*Id.* at 1.)  A "track" system was

21   ultimately established in the multidistrict litigation wherein cases were to either finalize

22   settlement paperwork, continue settlement negotiations, or be remanded or transferred.  (*Id.*)  The

23   parties state that "[t]his case is part of ongoing settlement discussions between the parties, and

24   thus was inadvertently identified by the parties in the MDL as a case to be remanded or

25   transferred."  (*Id.*)

26         Having considered the parties' joint motion, and good cause appearing, the Court hereby

27   GRANTS the parties' joint motion to stay.  Accordingly, all discovery and pretrial deadlines in

28   this action are hereby stayed and the initial scheduling conference currently set for December 20,

1

2019 is hereby continued to **February 6, 2020 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file updated joint scheduling report dates at least one (1) full week prior to the Scheduling Conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: *dial-in number 1-877-411-9748; access code 3190866.*  If the parties file a notice of settlement prior to the conference, then the conference will be vacated.  However, if the parties are unable to reach a settlement, then the conference will proceed.

IT IS SO ORDERED.

Dated:   **November 22, 2019**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE