UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIYA KARPENKO,<br><br>Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:19-cv-01317-DAD-BAM<br><br>**ORDER REGARDING JOINT NOTICE OF SETTLEMENT**<br><br>(Doc. No. 45) |

On January 15, 2021, Plaintiff Mariya Karpenko ("Plaintiff") and Defendants C. R. Bard Inc. and Bard Peripheral Vascular Inc. ("Defendants") (collectively "Parties") filed a joint notice of settlement and request for additional time to file dispositional documents. (Doc. No. 45.) The Parties indicate that they have reached a full settlement in principle of this action and jointly seek a 90-day extension of time to file dispositional documents. The Parties explain that additional time is needed to finalize settlement documents because the settlement involves a global settlement of hundreds of cases. (*Id.*)

Pursuant to Local Rule 160, and good cause appearing, the Court ORDERS the parties, no later than **April 15, 2021**, to file appropriate papers to dismiss or conclude this action in its entirety. If the parties require additional time to submit dispositional documents, they may file a

1

1  request for an extension supported by good cause. Local Rule 160(b).  This Court VACATES
2  all other pending dates and matters. Failure to comply with this order may be grounds for the
3  imposition of sanctions on counsel or parties who contributed to violation of this order. *See*
4  Local Rule 160, Local Rule 272.

IT IS SO ORDERED.

Dated: **January 19, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE